FILED

JUN 12 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8529

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Karla Edith BARBA (1) Karina GONZALEZ-Gaeta (2) Defendants. | Magistrate's Case No.: COMPLAINT FOR VIOLATION OF Title 21, U.S.C., § 841(a)(1) Possession with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 11, 2008, within the Southern District of California, defendants Karla Edith BARBA and Karina GONZALEZ-Gaeta did knowingly and intentionally possess, with intent to distribute approximately 99.72 kilograms (219.38 pounds) of cocaine, Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

CHAD WORGEN
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12TH DAY OF JUNE, 2008.

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Karla Edith BARBA (1)
Karina GONZALEZ-Gaeta (2)

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation, and information provided to Office of Investigations, Immigration and Customs Enforcement Special Agent Chad Worgen.

On June 11, 2008, Office of Investigations, Immigration & Customs Enforcement Special Agents were conducting surveillance operations near the Calexico, California East Port of Entry. At approximately 8:45 A.M., a white 2002 Chevrolet S-10 pickup truck entered the United States from Mexico through the Calexico East Port of Entry. After the vehicle entered the Untied States, Special Agents began following the vehicle in order to make further observations.

As Special Agents maintained a constant surveillance of the vehicle, the driver took the vehicle to a truck stop located in El Centro, CA. The driver exited the vehicle and was observed talking on a cellular telephone. After spending several minutes in the parking lot of the truck stop, the driver of the vehicle left the truck stop and drove to an empty parking lot a few miles away. Two Hispanic females, later identified as Karla Edith BARBA and Karina GONZALEZ-Gaeta, were standing at the edge of the parking lot when the vehicle arrived.

When the vehicle pulled into the parking lot, BARBA and GONZALEZ immediately approached the vehicle and spoke with the driver. The driver exited the vehicle and BARBA and GONZALEZ entered the vehicle. The original driver of the vehicle left on foot and BARBA and GONZALEZ drove away in the vehicle. Special Agents maintained surveillance of the vehicle and did not see where the original driver went.

When BARBA and GONZALEZ took control of the vehicle, they began to drive in a route which indicated that they were looking to see if they were being followed by law enforcement officers. After a few minutes of driving in this manner, they drove the vehicle to the Wal-Mart store located in Calexico, CA. They parked the vehicle in the Wal-Mart parking lot and went into the Wal-Mart store.

Special Agents maintained surveillance of the vehicle in the parking lot as well as BARBA and GONZALEZ in the store. While they were in the store, BARBA and GONZALEZ appeared to be waiting for somebody rather than shopping. After approximately two hours, BARBA and GONZALEZ received a telephone call, after which they immediately left Wal-Mart and entered the vehicle. BARBA and GONZALEZ drove the vehicle into the Toys R Us parking lot, just north of the Wal-Mart parking lot. As they drove into the Toys R Us parking lot, Special Agents conducted a vehicle stop on BARBA and GONZALEZ.

Based on border search authority, Special Agents requested Canine Enforcement Officer (CEO) R. Navarro to screen the vehicle with his Human Narcotic Detector Dog (HNDD). The HNDD immediately alerted to the driver's side of the vehicle, indicating the presence of a controlled substance in that area. BARBA and GONZALEZ were placed under arrest and transported to the Calexico West Port of Entry for further questioning and processing. The vehicle was also taken to the Calexico West Port of Entry for further inspection.

At the West Port of Entry, Special Agents discovered sixty-three (63) packages hidden underneath the bedliner of the pickup truck. Twenty-five (25) additional packages were discovered within various bags located behind the bench seat of the vehicle. A package was probed and it produced a white powdery substance which field tested positive for cocaine. A total of eighty-eight (88) packages were discovered with a total combined weight of 99.72 kilograms (219.38 pounds).